FRANK A. MCNAMEE, Appellant, *v.* JOSEPH A. ZIMMETT, Respondent.

*Insurance — contract—action by agent to recover amount of premium paid by him on policies of insurance issued to defendant.*

McNamee v. Zimmett, 207 App. Div. 60, affirmed.

(Argued December 4, 1924; decided December 19, 1924.)

APPEAL from a judgment, entered November 28, 1923, upon an order of the Appellate Division of the Supreme Court in the third judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint. This action was brought by plaintiff, the district manager and agent of the Equitable Life Assurance Society of the United States, a life insurance company of the State of New York, against the defendant to recover the premiums on two policies of life insurance issued by said Equitable Life Assurance Society on the life of said defendant, it being alleged that plaintiff paid said premiums for defendant at the special instance and request of the defendant. The answer denied that defendant requested plaintiff to pay such premiums for him, and denied that such premiums were paid by plaintiff at defendant's instance and request. Defendant further alleged in his answer that the claim for such premiums was the property of said Equitable Life Assurance Society, and that plaintiff was not the proper party in interest.

*George E. O'Connor, Thomas O'Connor* and *Gerald W. O'Connor* for appellant.

*John W. Roddy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: CARDOZO and McLAUGHLIN, JJ.